**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01090-CV

### ZOHRA KHWAJA, Appellant

### V.

### QUIK-WAY RETAIL ASSOCIATES II, LTD., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01589**

## ORDER

We **GRANT** appellant's November 25, 2014 unopposed motion for an extension of time

to file a brief.  We **ORDER** the brief tendered to this Court by appellant on November 25, 2014

filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE